**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6711**

---

JEFFREY TERRELL MCCUE,

        Petitioner - Appellant,

    v.

DIRECTOR, SHERIFF AL CANNON DETENTION CENTER,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:24-cv-03332-DCN-MGB)

---

Submitted:  December 2, 2024                    Decided:  January 17, 2025

---

Before GREGORY and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jeffrey Terrell McCue, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey Terrell McCue, a former South Carolina pretrial detainee, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice McCue's 28 U.S.C. § 2241 petition, in which he challenged his pretrial detention. At the time McCue noted his appeal, he was detained prior to trial on charges pending against him in South Carolina state court. However, during the pendency of this appeal, the charges against McCue were nolle prosequied and he was released from custody. Because McCue is no longer a pretrial detainee, his appeal is now moot. Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*